Victor SORIANO-JIMENEZ, Petitioner,

v.

Jefferson B. SESSIONS III, Attorney General, Respondent.

No. 14-73288

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 *

Filed October 6, 2017

Victor Soriano Jimenez, Pro Se

Jacob Bashyrov, Esquire, Patricia Bruckner, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Victor Soriano-Jimenez, a native and citizen of Mexico, petitions pro se for review of an immigration judge's ("IJ") determination under 8 C.F.R. § 1208.31(a) that he did not have a reasonable fear of persecution or torture in Mexico, and thus is not entitled to relief from his reinstated removal order. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for substantial evidence the IJ's factual findings. *Andrade-Garcia v. Lynch*, 828 F.3d 829,

836 (9th Cir. 2016). We deny the petition for review.

Substantial evidence supports the IJ's determination that Soriano-Jimenez failed to demonstrate a reasonable fear of persecution on account of a protected ground. *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) ("An [applicant's] desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground.").

Substantial evidence also supports the IJ's determination that Soriano-Jimenez failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the government of Mexico. *See Andrade-Garcia*, 828 F.3d at 836-37. Thus, Soriano-Jimenez's challenges to the IJ's negative reasonable fear determination fail.

We do not consider the materials Soriano-Jimenez references and attached to his opening brief that are not part of the administrative record. *See Fisher v. INS*, 79 F.3d 955, 963-64 (9th Cir. 1996) (en banc).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.